Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**Nexus Bankruptcy**
**Benjamin Heston**
**3090 Bristol Street #400**
**Costa Mesa, CA 92626**
**Phone: (949) 312-1377**
**Email: ben@nexusbk.com**
**Bar Number: 297798**

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor(s)*

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

In re:

**Aztli Garcia**

Debtor(s).

CASE NO.:
CHAPTER: 7

# DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 09/17/2026 Aztli Garcia
Printed name of Debtor 1

Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: ________________ ______________________________ ______________________________

Printed name of Debtor 2 Signature of Debtor 2

San Antonio Regional Hospital
999 San Bernardino Road
Upland, CA 91786

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/05/2026 |
| Period End Date | 07/18/2026 |
| Pay Date | 07/24/2026 |
| Document | 263546002 |
| **Net Pay** | **$1,421.04** |

## Pay Details

**AZTLI ALFREDO GARCIA**
40018 FAIRWOOD CIR
MURRIETA, CA 92562
USA

| | | | |
|---|---|---|---|
| Employee Number | 107117 | Pay Group | All Employees |
| SSN | XXX-XX-XXXX | Location | San Antonio Regional Hosp |
| Job | Cardiology Technician | Division | NSG - Nursing |
| Pay Rate | $23.0000 | LOB | CARD - Cardiac Services |
| Pay Frequency | Biweekly | Department | 17591 - Cardiology |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Call Back | 0.000000 | $0.0000 | $0.00 | $356.36 |
| Call Back- OT | 0.000000 | $0.0000 | $0.00 | $66.24 |
| Diff- Evening | 0.000000 | $0.0000 | $0.00 | $64.03 |
| Holiday Worked | 0.000000 | $0.0000 | $0.00 | $172.00 |
| On Call | 0.000000 | $0.0000 | $0.00 | $41.65 |
| Overtime | | | | $52.08 |
| Day - 8/80 | 0.016667 | $34.8356 | $0.58 | - |
| Paid Time Off | 0.000000 | $0.0000 | $0.00 | $555.06 |
| PTO- Unsched | 0.000000 | $0.0000 | $0.00 | $872.00 |
| Regular Pay | | | | $24,316.14 |
| Day - 8/80 | 39.600000 | $23.0000 | $910.80 | - |
| Day - 8/80 | 39.616666 | $23.0000 | $911.19 | - |
| Training | 0.000000 | $0.0000 | $0.00 | $54.82 |
| Weekend Diff | 7.666667 | $1.1500 | $8.82 | |
| Weekend Diff | 7.750000 | $1.1500 | $8.91 | $195.44 |

**Total Hours Worked** 79.233333 **Total Hours** 94.650000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental Pretax | Yes | $9.99 | $149.85 | $14.87 | $223.05 |
| Pet Insurance | No | $68.44 | $958.16 | $0.00 | $0.00 |
| Vision Pretax | Yes | $4.66 | $69.90 | $0.00 | $0.00 |
| AD&D - EE Basic | No | $0.00 | $0.00 | $0.22 | $3.17 |
| Life - EE Basic | No | $0.00 | $0.00 | $1.00 | $14.09 |
| LTD - Core | No | $0.00 | $0.00 | $1.89 | $28.35 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $135.23 | $1,925.45 |
| Employee Medicare | $26.47 | $384.63 |
| Social Security Employee Tax | $113.19 | $1,644.62 |
| CA State Income Tax | $37.55 | $528.32 |
| CA Disability Employee | $23.73 | $344.84 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| CAL SICK | 2.6939 | 48.2650 |
| Extnd Sick Lv | 2.1500 | 40.8500 |
| Paid Time Off | 5.2667 | 34.4153 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx0723 | Checking | $1,421.04 |
| Total | | $1,421.04 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,840.30 | $1,825.65 | $336.17 | $83.09 | **$1,421.04** |
| YTD | $26,745.82 | $26,526.07 | $4,827.86 | $1,177.91 | $20,740.05 |

San Antonio Regional Hospital
999 San Bernardino Road
Upland, CA 91786

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/19/2026 |
| Period End Date | 08/01/2026 |
| Pay Date | 08/07/2026 |
| Document | 263549663 |
| **Net Pay** | **$1,423.76** |

## Pay Details

**AZTLI ALFREDO GARCIA**
40018 FAIRWOOD CIR
MURRIETA, CA 92562
USA

| | | | |
|---|---|---|---|
| Employee Number | 107117 | Pay Group | All Employees |
| SSN | XXX-XX-XXXX | Location | San Antonio Regional Hosp |
| Job | Cardiology Technician | Division | NSG - Nursing |
| Pay Rate | $23.0000 | LOB | CARD - Cardiac Services |
| Pay Frequency | Biweekly | Department | 17591 - Cardiology |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| CA Sick Leave | 8.000000 | $23.1277 | $185.02 | $185.02 |
| Call Back | 0.000000 | $0.0000 | $0.00 | $356.36 |
| Call Back- OT | 0.000000 | $0.0000 | $0.00 | $66.24 |
| Diff- Evening | 0.000000 | $0.0000 | $0.00 | $64.03 |
| Holiday Worked | 0.000000 | $0.0000 | $0.00 | $172.00 |
| On Call | 0.000000 | $0.0000 | $0.00 | $41.65 |
| Overtime | 0.000000 | $0.0000 | $0.00 | $52.08 |
| Paid Time Off | 0.000000 | $0.0000 | $0.00 | $555.06 |
| PTO- Unsched | 0.000000 | $0.0000 | $0.00 | $872.00 |
| Regular Pay | | | | $25,966.01 |
| Day - 8/80 | 31.900000 | $23.0000 | $733.70 | - |
| Day - 8/80 | 39.833333 | $23.0000 | $916.17 | - |
| Training | 0.000000 | $0.0000 | $0.00 | $54.82 |
| Weekend Diff | 7.966667 | $1.1500 | $9.16 | $204.60 |

Total Hours Worked 71.733333 Total Hours 87.700000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental Pretax | Yes | $9.99 | $159.84 | $14.87 | $237.92 |
| Pet Insurance | No | $68.44 | $1,026.60 | $0.00 | $0.00 |
| Vision Pretax | Yes | $4.66 | $74.56 | $0.00 | $0.00 |
| AD&D - EE Basic | No | $0.00 | $0.00 | $0.22 | $3.39 |
| Life - EE Basic | No | $0.00 | $0.00 | $1.00 | $15.09 |
| LTD - Core | No | $0.00 | $0.00 | $1.89 | $30.24 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $135.68 | $2,061.13 |
| Employee Medicare | $26.52 | $411.15 |
| Social Security Employee Tax | $113.42 | $1,758.04 |
| CA State Income Tax | $37.80 | $566.12 |
| CA Disability Employee | $23.78 | $368.62 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| CAL SICK | 2.4389 | 42.7039 |
| Extnd Sick Lv | 2.1500 | 43.0000 |
| Paid Time Off | 5.5386 | 39.9539 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx0723 | Checking | $1,423.76 |
| Total | | $1,423.76 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,844.05 | $1,829.40 | $337.20 | $83.09 | **$1,423.76** |
| YTD | $28,589.87 | $28,355.47 | $5,165.06 | $1,261.00 | $22,163.81 |

San Antonio Regional Hospital
999 San Bernardino Road
Upland, CA 91786

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/02/2026 |
| Period End Date | 08/15/2026 |
| Pay Date | 08/21/2026 |
| Document | 263553390 |
| **Net Pay** | **$1,435.30** |

## Pay Details

**AZTLI ALFREDO GARCIA**
40018 FAIRWOOD CIR
MURRIETA, CA 92562
USA

| | | | |
|---|---|---|---|
| Employee Number | 107117 | Pay Group | All Employees |
| SSN | XXX-XX-XXXX | Location | San Antonio Regional Hosp |
| Job | Cardiology Technician | Division | NSG - Nursing |
| Pay Rate | $23.0000 | LOB | CARD - Cardiac Services |
| Pay Frequency | Biweekly | Department | 17591 - Cardiology |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| CA Sick Leave | 0.000000 | $0.0000 | $0.00 | $185.02 |
| Call Back | 0.000000 | $0.0000 | $0.00 | $356.36 |
| Call Back- OT | 0.000000 | $0.0000 | $0.00 | $66.24 |
| Diff- Evening | 0.000000 | $0.0000 | $0.00 | $64.03 |
| Holiday Worked | 0.000000 | $0.0000 | $0.00 | $172.00 |
| On Call | 0.000000 | $0.0000 | $0.00 | $41.65 |
| Overtime | | | | $59.04 |
| Day - 8/80 | 0.200000 | $34.8451 | $6.96 | - |
| Paid Time Off | 0.000000 | $0.0000 | $0.00 | $555.06 |
| PTO- Unsched | 0.000000 | $0.0000 | $0.00 | $872.00 |
| Regular Pay | | | | $27,800.65 |
| Day - 8/80 | 39.849999 | $23.0000 | $916.56 | - |
| Day - 8/80 | 39.916667 | $23.0000 | $918.08 | - |
| Training | 0.000000 | $0.0000 | $0.00 | $54.82 |
| Weekend Diff | 8.000000 | $1.1500 | $9.20 | |
| Weekend Diff | 8.000000 | $1.1500 | $9.20 | $223.00 |

**Total Hours Worked** 79.966666 **Total Hours** 95.966666

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental Pretax | Yes | $9.99 | $169.83 | $14.87 | $252.79 |
| Pet Insurance | No | $68.44 | $1,095.04 | $0.00 | $0.00 |
| Vision Pretax | Yes | $4.66 | $79.22 | $0.00 | $0.00 |
| AD&D - EE Basic | No | $0.00 | $0.00 | $0.22 | $3.61 |
| Life - EE Basic | No | $0.00 | $0.00 | $1.00 | $16.09 |
| LTD - Core | No | $0.00 | $0.00 | $1.89 | $32.13 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $137.60 | $2,198.73 |
| Employee Medicare | $26.76 | $437.91 |
| Social Security Employee Tax | $114.41 | $1,872.45 |
| CA State Income Tax | $38.85 | $604.97 |
| CA Disability Employee | $23.99 | $392.61 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| CAL SICK | 2.7189 | 45.4228 |
| Extnd Sick Lv | 2.1500 | 45.1500 |
| Paid Time Off | 5.2667 | 45.2206 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx0723 | Checking | $1,435.30 |
| Total | | $1,435.30 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,860.00 | $1,845.35 | $341.61 | $83.09 | **$1,435.30** |
| YTD | $30,449.87 | $30,200.82 | $5,506.67 | $1,344.09 | $23,599.11 |

San Antonio Regional Hospital
999 San Bernardino Road
Upland, CA 91786

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/16/2026 |
| Period End Date | 08/29/2026 |
| Pay Date | 09/04/2026 |
| Document | 263557172 |
| **Net Pay** | **$1,439.23** |

## Pay Details

**AZTLI ALFREDO GARCIA**
40018 FAIRWOOD CIR
MURRIETA, CA 92562
USA

| | | | |
|---|---|---|---|
| Employee Number | 107117 | Pay Group | All Employees |
| SSN | XXX-XX-XXXX | Location | San Antonio Regional Hosp |
| Job | Cardiology Technician | Division | NSG - Nursing |
| Pay Rate | $23.0000 | LOB | CARD - Cardiac Services |
| Pay Frequency | Biweekly | Department | 17591 - Cardiology |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| CA Sick Leave | 0.000000 | $0.0000 | $0.00 | $185.02 |
| Call Back | 0.000000 | $0.0000 | $0.00 | $356.36 |
| Call Back- OT | 0.000000 | $0.0000 | $0.00 | $66.24 |
| Diff- Evening | 0.000000 | $0.0000 | $0.00 | $64.03 |
| Holiday Worked | 0.000000 | $0.0000 | $0.00 | $172.00 |
| On Call | 0.000000 | $0.0000 | $0.00 | $41.65 |
| Overtime | | | | $67.16 |
| Day - 8/80 | 0.083333 | $34.8452 | $2.90 | - |
| Day - 8/80 | 0.033333 | $34.8453 | $1.16 | - |
| Day - 8/80 | 0.050000 | $34.8452 | $1.74 | - |
| Day - 8/80 | 0.066666 | $34.8453 | $2.32 | - |
| Paid Time Off | 0.000000 | $0.0000 | $0.00 | $555.06 |
| PTO- Unsched | 0.000000 | $0.0000 | $0.00 | $872.00 |
| Regular Pay | | | | $29,639.50 |
| Day - 8/80 | 39.983333 | $23.0000 | $919.62 | - |
| Day - 8/80 | 39.966667 | $23.0000 | $919.23 | - |
| Training | 0.000000 | $0.0000 | $0.00 | $54.82 |
| Weekend Diff | 8.083333 | $1.1500 | $9.30 | |
| Weekend Diff | 7.966667 | $1.1500 | $9.16 | $241.46 |

**Total Hours Worked** 80.183332 **Total Hours** 96.233332

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental Pretax | Yes | $9.99 | $179.82 | $14.87 | $267.66 |
| Pet Insurance | No | $68.44 | $1,163.48 | $0.00 | $0.00 |
| Vision Pretax | Yes | $4.66 | $83.88 | $0.00 | $0.00 |
| AD&D - EE Basic | No | $0.00 | $0.00 | $0.22 | $3.83 |
| Life - EE Basic | No | $0.00 | $0.00 | $1.00 | $17.09 |
| LTD - Core | No | $0.00 | $0.00 | $1.89 | $34.02 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $138.25 | $2,336.98 |
| Employee Medicare | $26.84 | $464.75 |
| Social Security Employee Tax | $114.75 | $1,987.20 |
| CA State Income Tax | $39.21 | $644.18 |
| CA Disability Employee | $24.06 | $416.67 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| CAL SICK | 2.7261 | 48.1489 |
| Extnd Sick Lv | 2.1500 | 47.3000 |
| Paid Time Off | 5.2666 | 50.4872 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx0723 | Checking | $1,439.23 |
| Total | | $1,439.23 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,865.43 | $1,850.78 | $343.11 | $83.09 | **$1,439.23** |
| YTD | $32,315.30 | $32,051.60 | $5,849.78 | $1,427.18 | $25,038.34 |

San Antonio Regional Hospital
999 San Bernardino Road
Upland, CA 91786

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/30/2026 |
| Period End Date | 09/12/2026 |
| Pay Date | 09/18/2026 |
| Document | 264092427 |
| **Net Pay** | **$1,152.29** |

### Pay Details

**AZTLI ALFREDO GARCIA**
40018 FAIRWOOD CIR
MURRIETA, CA 92562
USA

| | | | |
|---|---|---|---|
| Employee Number | 107117 | Pay Group | All Employees |
| SSN | XXX-XX-XXXX | Location | San Antonio Regional Hosp |
| Job | Cardiology Technician | Division | NSG - Nursing |
| Pay Rate | $23.0000 | LOB | CARD - Cardiac Services |
| Pay Frequency | Biweekly | Department | 17591 - Cardiology |

### Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| CA Sick Leave | 0.000000 | $0.0000 | $0.00 | $185.02 |
| Call Back | 0.000000 | $0.0000 | $0.00 | $356.36 |
| Call Back- OT | 0.000000 | $0.0000 | $0.00 | $66.24 |
| Diff- Evening | 8.033333 | $1.0000 | $8.03 | $72.06 |
| Holiday Worked | 0.000000 | $0.0000 | $0.00 | $172.00 |
| On Call | 9.000000 | $7.0000 | $63.00 | $104.65 |
| Overtime | | | | $78.84 |
| Day - 8/80 | 0.116667 | $36.8859 | $4.30 | - |
| Day - 8/80 | 0.200000 | $36.8859 | $7.38 | - |
| Paid Time Off | 0.000000 | $0.0000 | $0.00 | $555.06 |
| PTO- Unsched | 8.000000 | $23.0000 | $184.00 | $1,056.00 |
| Regular Pay | | | | $30,925.97 |
| Day - 8/80 | 24.000000 | $23.0000 | $552.00 | - |
| Day - 8/80 | 31.933333 | $23.0000 | $734.47 | - |
| Training | 0.000000 | $0.0000 | $0.00 | $54.82 |
| Weekend Diff | 8.000000 | $1.1500 | $9.20 | |
| Weekend Diff | 8.033333 | $1.1500 | $9.24 | $259.90 |

Total Hours Worked 56.250000 Total Hours 97.316666

### Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental Pretax | Yes | $9.99 | $189.81 | $14.87 | $282.53 |
| Pet Insurance | No | $136.88 | $1,300.36 | $0.00 | $0.00 |
| Vision Pretax | Yes | $4.66 | $88.54 | $0.00 | $0.00 |
| AD&D - EE Basic | No | $0.00 | $0.00 | $0.13 | $3.96 |
| Life - EE Basic | No | $0.00 | $0.00 | $0.60 | $17.69 |
| LTD - Core | No | $0.00 | $0.00 | $0.00 | $34.02 |

### Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $102.99 | $2,439.97 |
| Employee Medicare | $22.57 | $487.32 |
| Social Security Employee Tax | $96.53 | $2,083.73 |
| CA State Income Tax | $25.47 | $669.65 |
| CA Disability Employee | $20.24 | $436.91 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| CAL SICK | 1.9125 | 50.0614 |
| Extnd Sick Lv | 1.7283 | 49.0283 |
| Paid Time Off | 4.6869 | 47.1742 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx0723 | Checking | $1,152.29 |
| Total | | $1,152.29 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,571.62 | $1,556.97 | $267.80 | $151.53 | **$1,152.29** |
| YTD | $33,886.92 | $33,608.57 | $6,117.58 | $1,578.71 | $26,190.63 |